**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

DAVID LEE FAIR                                                                                PLAINTIFF

VS.                                                       CIVIL ACTION NO. 1:08-CV-239-SA-DAS

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

**ORDER**

The Report and Recommendation of the United States Magistrate Judge was filed on August 28, 2009 [16], and Claimant filed his purported objections to the Magistrate Judge's Report and Recommendation [17] on September 1, 2009. Upon review of the record, the Court agrees with the Magistrate Judge's finding that there is substantial evidence to support the findings of the Commissioner.

Accordingly, the Court orders that:

1. Claimant's objection to the Report and Recommendation of the United States Magistrate Judge is overruled;

2. the Report and Recommendation of the United States Magistrate Judge dated August 28, 2009, is approved and adopted as the opinion of the Court; and

2. the final decision of the Commissioner is affirmed.

Therefore, this case is closed. So ordered on this, the 3rd day of February, 2010.

                                                                              /s/ Sharion Aycock
                                                                         **UNITED STATES DISTRICT JUDGE**